UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLDANI ENTERPRISES LLC<br><br>Plaintiff,<br><br>v.<br><br>SHELTERLOGIC CORPORATION<br><br>Defendant. | Case No. 7:22-cv-05876-NSR<br><br><br>MOTION FOR ADMISSION<br><u>PRO HAC VICE</u> |

 Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven McMahon Zeller, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Carldani Enterprises LLC in the above-captioned action.

 I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c), and a Certificate of Good Standing from the Supreme Court of Illinois as Exhibits A and B, respectively.

Dated: July 13, 2022            Respectfully submitted,

                   By: <u>/s/ Steven McMahon Zeller</u>

                    Steven McMahon Zeller
                    DYKEMA GOSSETT PLLC
                    10 South Wacker Drive, Suite 2300
                    Chicago, Illinois 60606
                    Phone: (312) 876-1700
                    Fax: (312) 876-1155
                    [szeller@dykema.com](mailto:szeller@dykema.com)