# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARLDANI ENTERPRISES LLC**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**SHELTERLOGIC CORPORATION**<br><br>　　　　　　**Defendant.** | Case No. 7:22-cv-05876-NSR<br><br>**AFFIDAVIT OF STEVEN MCMAHON ZELLER IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

　　　　I, Steven McMahon Zeller, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

　　　　1.　　I am a member of the law firm of Dykema Gossett PLLC, and have personal knowledge of the facts stated herein.

　　　　2.　　I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel for Plaintiff Carldani Enterprises LLC. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Illinois.

　　　　3.　　I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

　　　　I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate.

Executed on this 13th day of July 2022.

　　　　　　　　　　　　　　　　　　　　　　　／s／　　*Steven McMahon Zeller*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven McMahon Zeller