# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARLDANI ENTERPRISES LLC**<br><br>Plaintiff,<br><br>v.<br><br>**SHELTERLOGIC CORPORATION**<br><br>Defendant. | Case No. 7:22-cv-05876-NSR<br><br>**[PROPOSED] ORDER FOR<br>ADMISSION PRO HAC VICE** |

The motion of Steven McMahon Zeller for admission to practice *pro hac vice* in the above-captioned action is granted.

Steven McMahon Zeller has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

> Steven McMahon Zeller
> DYKEMA GOSSETT PLLC
> 10 South Wacker Drive, Suite 2300
> Chicago, Illinois 60606
> Phone: (312) 876-1700
> Fax: (312) 876-1155
> szeller@dykema.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Carldani Enterprises LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Steven McMahon Zeller is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July __, 2022    _____
       New York, New York                HONORABLE NELSON S. ROMAN
                                         UNITED STATES DISTRICT JUDGE