UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022

CARLDANI ENTERPRISES LLC

    Plaintiff,

v.

SHELTERLOGIC CORPORATION

    Defendant.

Case No. 7:22-cv-05876-NSR

[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Steven McMahon Zeller for admission to practice *pro hac vice* in the above-captioned action is granted.

Steven McMahon Zeller has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

    Steven McMahon Zeller
    DYKEMA GOSSETT PLLC
    10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    Phone: (312) 876-1700
    Fax: (312) 876-1155
    szeller@dykema.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Carldani Enterprises LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Steven McMahon Zeller is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at ECF No. 7.

Dated: July 18, 2022
    New York, New York

HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE